UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.	2:04-cr-14-FtM-29SPC

NOELVIS HERNANDEZ

_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Notice of Appeal (Doc. #170) filed on October 26, 2005.  The government filed its Response (Doc. #173) on November 17, 2005.

The matter is before the Court pursuant to 18 U.S.C. § 3145, and the Court conducts an independent *de novo* review to determine whether the magistrate judge properly found that pretrial detention was necessary.  United States v. King, 849 F.2d 485, 490 (11th Cir. 1988).  This is defendant's fifth motion for release; the only real nuance to this case is the delay caused by the government's pending appeal of the Court's suppression of certain critical evidence.  A *de novo* review clearly establishes that the magistrate judge's Order was correct.  As even defendant concedes in his Initial Brief, he has a history of misdemeanor convictions, some indication of violence which was reduced to misdemeanors, and some failure to appear for court proceedings.  There was no evidence presented to the magistrate judge that the residence which supports the property bond for Honorato Hernandez has a sufficient value to also support

a property bond for defendant.  Additionally, it is not a foregone conclusion that using property of another, even a relative, as collateral is necessarily sufficient as to defendant.

Accordingly, it is now

**ORDERED**:

Defendant's Notice of Appeal (Doc. #170), construed as a Motion for review, is **DENIED** and the decision of the Magistrate Judge to detain defendant is **affirmed.**

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of November, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record